```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED THIRD PARTY ADMINISTRATORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LARRY B. TRUVILLION, also known as LARRY TRUVILLION <br><br> Defendant. | NO.  C 06 4817 MJJ <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> **GRANTED** |

IT IS ORDERED that the Case Management Conference in this case set for November 7, 2006 be continued to February 6, 2007 at 2:00 p.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 10/30/2006                             _____
                                              Honorable Martin J. Jenkins

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE