**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASSOCIATED THIRD PARTY
ADMINISTRATORS, INC.,

           Plaintiff(s),

  v.

LARRY B. TRUVILLION, et al.,

           Defendant(s).
_____/

No. C06-4817 MJJ

**ORDER OF REFERENCE**

      Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the Motion for Default Judgment in the above captioned case is referred to a Magistrate Judge.

      Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge. THE MOTION HEARING SET ON JUDGE JENKIN'S CALENDAR FOR **April 10, 2007 @ 9:30 a.m.**. IS HEREBY **VACATED**.

      **IT IS SO ORDERED.**

Dated:    3/11/2007

_____
MARTIN J. JENKINS
United States District Judge