1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ASSOCIATED THIRD PARTY           )   NO. C 06 4817 MJJ
   ADMINISTRATORS, INC.             )
12                                  )
                                    )
13              Plaintiffs,         )
                                    )   ORDER FOR REFERENCE TO
14        vs.                       )   MAGISTRATE JUDGE FOR
                                    )   JUDGMENT DEBTOR EXAM
15 LARRY B. TRUVILLION, etc.,       )
                                    )
                Defendants.         )
16 _____)

17        IT IS HEREBY ORDERED that plaintiffs' Exparte Application

18 for Reference to Magistrate Judge for Judgment Debtor Exam is granted

19 and this matter is referred to Magistrate _____ for

20 Hearing.

21 Dated:  10/15/2007

22                                   _____
                                     Honorable Martin J. Jenkins
23

24

25

26

27

28

ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM