```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED THIRD PARTY ADMINISTRATORS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> LARRY B. TRUVILLION, etc. <br><br> Defendant. | NO. C 06 4817 MJJ <br><br> <u>ORDER OF EXAMINATION</u> |

To:  Larry B. Truvillion
     65 Poncetta Drive, #105
     Daly City, CA 94105

You the above named officer and custodian of records of corporate judgment debtor ARE HEREBY ORDERED to appear personally on <u>December 5, 2007</u> at <u>9:00</u> a.m. at <u>450 Golden Gate Avenue, San Francisco, CA, 11th Floor, Courtroom E,</u> before the Magistrate Martin J. Jenkins then and there to be examined on oath concerning your property or other matters material to the proceedings.

<u>ORDER OF EXAMINATION</u>                                                    1

1  You are ordered to bring with you the following documents:
2     1.  Title documents to all vehicles of debtor;
3     2.  Copies of all real property and personal property
4  deeds or leases wherein debtor is a party;
5     3.  Federal tax returns for the last two years;
6     4.  All bank statements, deposit slips and canceled checks
7  for all accounts for 2007;
8     5.  All documents related to any loans to debtor or by
9  debtor by any persons.
10    NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
11 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
12 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
13 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
14 JUDGMENT CREDITOR IN THIS PROCEEDING.
15 Dated: 10/19/07

                                _____
                                Magistrate Judge M. J. Jenkins

*IT IS SO ORDERED* — Magistrate Judge Maria-Elena James

ORDER OF EXAMINATION                           2