```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12
13
14  ASSOCIATED THIRD PARTY        )    NO. C 06 4817 MJJ (MEJ)
    ADMINISTRATORS, INC.          )
15                                )
                                  )
16              Plaintiffs,       )
                                  )
17                                )    ORDER OF EXAMINATION
          vs.                     )
18                                )
    LARRY B. TRUVILLION, etc.     )
19                                )
                                  )
20              Defendant.        )
    _____)
21
    To:  Larry B. Truvillion
22       65 Poncetta Drive, #105
         Daly City, CA 94105
23
```

You the above named officer and custodian of records of corporate judgment debtor ARE HEREBY ORDERED to appear personally on March 9, 2010 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA, 15th Floor, Courtroom B, before the Magistrate Judge Maria Elena James then and there to be examined on oath concerning your property or other matters material to the proceedings.

ORDER OF EXAMINATION                                              1

You are ordered to bring with you the following documents:

1. Title documents to all vehicles of debtor;

2. Federal tax returns for the last two years that returns were filed.

3. All bank statements, deposit slips and canceled checks for all accounts from July 2009 to date.

4. All documents related to any settlement and/or payment plans with the State of California or the Internal Revenue Service.

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: January 11, 2010

_____
Magistrate Judge Maria Elena James

ORDER OF EXAMINATION                                                2